UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:
JEREMY L. ZABEL }
    Debtor(s) } CASE NO. 18-90362-AKM-13

## MOTION TO MODIFY CHAPTER 13 PLAN
## AND NOTICE OF OBJECTION DEADLINE

Comes now the above-captioned Debtor by Counsel, and files his Motion to Modify Debtor's Chapter 13 Plan. In support of this Motion, Counsel for the Debtor states as follows:

1. The Debtor proposes to cure the pending plan delinquency through and including October, 2020 by extending his plan from 60 months to 64 months (or until the base amount is paid in full).

2. The Debtor is funding payments through a wage withholding order.

3. Plan payments will only be deemed timely received by the Trustee if received in the month in which they are due.

4. The case will be automatically dismissed if any payment due during the six (6) month probationary period is not received by the Trustee prior to the last day of the month in which it is due.

**WHEREFORE**, the Debtor, by Counsel, requests the Court to modify his plan by extending the plan from 60 months to 64 months. The Debtor's current plan payments are $450.81 per month; the Debtor will continue to deliver payments in the amount of $450.81 per month commencing in November, 2020 and continuing until the base amount is paid in full.

Dated this 4th day of Nov., 2020.

        KOEHLER LAW OFFICE

        By: /s/Lloyd E. Koehler
        Lloyd E. Koehler
        Attorney No. 15669-98
        400 Pearl Street, Suite 200
        New Albany, IN 47150
        Telephone: (812) 949-2211
        Post-Petition Fax: 812-703-9548
        E-mail: lloydkoehler@hotmail.com

/s/ Jeremy L. Zabel
JEREMY L. ZABEL

**NOTICE IS GIVEN THAT** any Objection must be filed with the Bankruptcy Clerk within **21 days** from the date of service [or such other time period as may be permitted by Fed.R.Bankr.P.9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring Street
New Albany, Indiana 47150

The objecting party must ensure delivery of the objection to the party filing the motion, (the Trustee – if not the movant or the objector) (and the Debtor – if not the movant or the objector). **If an objection is NOT timely filed, the requested relief may be granted.**

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 4th day of Nov, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Joseph M. Black, Jr., Chapter 13 Trustee: **jmbecf@trustee13.com**
U.S. Trustee: **ustpregion10.in.ecf@usdoj.gov**

I further certify that a true copy of the foregoing Motion to Modify was sent via U.S. Mail this 4th day of Nov, 2020 to all parties attached hereto:

/s/Lloyd E. Koehler
Lloyd E. Koehler

```
Label Matrix for local noticing        (c)ALLISHA KOCHERT                    Ally Bank
0756-4                                 245 ROBINSON LN                       PO Box 130424
Case 18-90362-AKM-13                   BLOOMFIELD KY  40008-7025             Roseville, MN 55113-0004
Southern District of Indiana
New Albany
Wed Nov  4 08:24:15 EST 2020

Ally Fincl                             Attorney General of the United States Joseph M. Black Jr.
500 Renaissance Ctr                    U.S. Department of Justice            Office of Joseph M. Black, Jr.
Detroit, MI 48243-1300                 950 Pennsylvania Ave NW               PO Box 846
                                       Washington, DC 20530-0001             Seymour, IN 47274-0846


(p)JPMORGAN CHASE BANK  N A            Eagle Finance Services, Inc           First Harris
BANKRUPTCY MAIL INTAKE TEAM            3411 Bardstown Road, Ste 6            220 Federal Dr Nw
700 KANSAS LANE FLOOR 01               Louisville, KY 40218-4612             Corydon, IN 47112-2077
MONROE LA 71203-4774


First Harrison Bank                    Harrison Bk                           Harrison County Hospital
PO Box 130                             220 Federal Drive                     PO Box 367
Corydon, IN 47112-0130                 Corydon, IN 47112-2077                Corydon, IN 47112-0367


(p)HOME POINT FINANCIAL CORPORATION    Lloyd Koehler                         Koehler Law Office
11511 LUNA ROAD                        400 Pearl St. Ste 200                 400 Pearl Street, Ste. 200
2ND AND 3RD FLOOR                      New Albany, IN 47150-3451             New albany, IN 47150-3451
FARMERS BRANCH TX 75234-6451


OneMain                                Onemain                               Dennis M Ostrowski
P.O. Box 3251                          Po Box 1010                           Reimer Law Co.
Evansville, IN 47731-3251              Evansville, IN 47706-1010             9300 Shelbyville Road
                                                                             Suite 1000 (10th Floor)
                                                                             Louisville, KY 40222-5179


(p)PORTFOLIO RECOVERY ASSOCIATES LLC   D. Anthony Sottile                    Stone Gate
PO BOX 41067                           Sottile & Barile, Attorneys at Law    4849 Greenville Ave Ste
NORFOLK VA 23541-1067                  P.O. Box 476                          Dallas, TX 75206-4130
                                       Loveland, OH 45140-0476


U.S. Attorney's Office                 U.S. Trustee                          Jeremy Lyn Zabel
10 W Market St Ste 2100                Office of U.S. Trustee                6535 Ponderosa Road NE
Indianapolis, IN 46204-1986            101 W. Ohio St.. Ste. 1000            Lanesville, IN 47136-8233
                                       Indianapolis, IN 46204-1982
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card                             Home Point Financial Corporation      Portfolio Recovery Associates, LLC
Po Box 15298                           11511 Luna Road, Suite 300            PO Box 41067
Wilmington, DE 19850                   Farmers Branch, TX 75234              Norfolk, VA 23541
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Allisha Kochert
155 Old Bloomfield Road
Bloomfield, KY 40008

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | | |
|---|---|---|---|
| (u)Ally Bank | (u)Home Point Financial Corporation | End of Label Matrix | |
| | | Mailable recipients | 23 |
| | | Bypassed recipients | 2 |
| | | Total | 25 |